Argued April 25, reversed and remanded for resentencing May 30, reconsideration denied July 12, 1978, petition for review denied February 13, 1979

STATE OF OREGON, *Respondent,*

*v.*

TERRANCE CLIFTON MOHR, *Appellant.*

(No. C 77-08-11381, CA 9649)

579 P2d 263

Thomas J. Crabtree, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

Reversed and remanded for resentencing. *See* ORS 137.120(2) and *State v. Smith,* 34 Or App 539, 579 P2d 261 (1978).